**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6453**

JAMAL A. AZEEZ,

                Petitioner - Appellant,

      v.

STATE OF WEST VIRGINIA,

                Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Irene C. Berger, District Judge. (5:15-cv-15225)

Submitted: August 31, 2016      Decided: September 6, 2016

Before TRAXLER and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamal A. Azeez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Azeez v. West Virginia, No. 5:15-cv-15225 (S.D. W. Va. March 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED